Lutz, Appellant, *v.* Lutz.

850

■■■■■■■■■■■■■ Argued December 3, 1973. *Arthur K. Dils,* for appellant; *Robert C. Rowe,* with him *Spitler, Rowe and Kilgore,* for appellee.

OPINION PER CURIAM: Record remanded to the court below for an opinion and then returned to this Court at the same term and number for further consideration of the appeal.

SPAULDING, J., absent.